James B. King, WSBA #8723
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SCHINNELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CORPORATION OF<br>GONZAGA UNIVERSITY, a<br>Washington non-profit corporation and<br>ROBERT CEPEDA,<br><br>    Defendants. | Case No.   2:09-CV-00045-FVS<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

THIS MATTER came on for hearing before the above-entitled Court on the day and date last written below. In consideration of the stipulation of the plaintiff, the Court orders that plaintiff's claims against the defendants be and the same are hereby dismissed with prejudice and without costs.

**DATED** this 9th day of March, 2011.

s/ Fred Van Sickle
_____
Honorable Judge Fred Van Sickle

ORDER OF DISMISSAL WITH PREJUDICE:  : Page 1

(509) 455-5200; fax (509) 455-3632